RECEIVED
USDC CLERK, COLUMBIA, SC

2022 APR 15 PM 2:57

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Patrick Hennessey Michaels #1594631

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Charleston County Government

South Carolina Government

United States Government

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. 2:22-CV-01241-DCN-MGB

*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

USDC CLERK, CHARLESTON, SC
RECEIVED
2022 APR 19 PM 2:03

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name                    PATRICK  HENNESSEY  MICHALS

All other names by which you have been known:

_____

_____

ID Number                _____

Current Institution      _____

Address                  _____

_____

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name                 CHARLESTON  COUNTY  GOVERMENT

Job or Title         OF  SOUTH  CAROLINA  STATE
(if known)

Shield Number        _____

Employer             _____

Address              _____

_____

☐   Individual capacity        ☐   Official capacity

Defendant No. 2

Name                 SOUTH  CAROLINA  GOVERMENT

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity          ☐ Official capacity

Defendant No. 3

Name                    UNITED STATES GOVERNMENT

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity          ☐ Official capacity

Defendant No. 4

Name

Job or Title
(if known)

Shield Number

Employer

Address

☐ Individual capacity          ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

FOLLY BEACH COUNTY
214 W ASHLEY AV APT. SUIT B FOLLY BEACH, SC
29439

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

C.     What date and approximate time did the events giving rise to your claim(s) occur?

AROUND 1:00 P.M.

D.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

ON NEXT PAGE.

_____
_____
_____
_____

**V.    Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

N/A _____

_____
_____
_____
_____
_____
_____
_____

**VI.    Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

ON PREVIOUS PAGE, PAGE 3 OF 4

_____
_____
_____
_____

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

I PLAINTIFF PATRICK HENNESSEY MICHAELS
HEAR BY EXPLAIN WHY DEFENDANTS THAT ARE
CHARLESTON COUNTY GOVERMENT OF SOUTH CAROLINA
STATE, SOUTH CAROLINA GOVERMENT AND UNITED
STATES GOVERMENTS ARE AT LIABILITY OF NOT PERFECTING
ARRESTING TO MAINTAIN LIBERTIES OF NOT MAKING
ILLEGAL ARRESTS WHILE IN FULL KNOWING ILLEGAL
ARRESTS SUCH AS ARRESTS OF CHARGES CHARGED BY
HEARSAY OF CHARGES DO HAPPEN WITH KNOWING
OF SUCH THREAT TO MYSELF, AND THE AMERICANS
OF THIS COUNTRY BY PREVIOUSE LAW SUITS OF SUCH
ILLEGAL ACTS OF ILLEGAL ARRESTING, OVER 20 YEARS
OF LAWSUITS FOR SUCH CRIME, AND STILL MAINTAINING
A SYSTEM WITH ARRESTING CAN BE MADE PRESUMED
LEGAL WITH NO EVIDENCES LISTED WHILE IT IS
ILLEGAL TO DO SO, WITH GOVERMENTa BACKED FUNDING
WITH ALL GOVERMENT LEGAL LAWS MINT MINTED
STATED TO BE AGAINST SUCH ACTS. HEARSAY IS
A ACCUSATION OF A STORY THAT IS NOT PROVABLE WITH
REASON OF NO DIRECT EVIDENCE OF A ACCUSATION OF
A INCIDENT DID HAPPEN, IN WHICH CASE CHARGES
MADE FROM A HEARSAY STORY ARE NOT LIABLE IN
COURT FOR SUCH REASON OF NO EVIDENCE. IT
IS ILLEGAL TO PROSECUTE CHARGES CHARGED WITH
NO EVIDENCES TO SUCH CHARGES CHARGED AND IS A
FEDERAL LEVELS CRIME TO DO SO. BY LAW IT IS ALSO KNOWN
IT IS FEDERAL CRIME TO DETAIN A DEFENDANT

WITH NO EVIDENCES TO CHARGES CHARGED, BECAUSE OF THIS REASON IT IS ILLEGAL TO ARREST ANY ONE WITH HEARSAY SOURCED CHARGES ALSO KNOWN AS NO DIRECT EVIDENCE TO SUCH CHARGES CHARGED. THIS DOES SHOW GOVERMENT FUNDING TO UPHOLD SUCH LIBERTIES OF LAW OF THE COUNTRY AT A FEDERAL LEVEL OF LAW ENFORCEMENT (FEDERAL LEVEL LAW) ALSO MEANING TAXED AND TAXING THE AMERICAN PEOPLE TO PAY SYSTEMS TO ARREST (MEANING TO STOP) CRIME FROM HAPPENING SUCH AS THESE CRIMES FROM HAPPENING WHILE MAINTAINING SUCH SYSTEMS CAUSING SUCH CRIMES TO HAPPEN, AS WELL AS USE TAX PAYER MONEY TO PAY OUT LAWSUITS OF SUCH CRIMES OF ILLEGAL ARREST, AND PAYING TAX MONEY FOR SUCH SAME SYSTEM THAT CAUSES THESE CRIMES TO HAPPEN. IT IS HYPOCRYTICAL NEGLAGENCE OF THE DEFENDENTS CHARLESTON COUNTY GOVERMENT OF SOUTH CAROLINA STATE SOUTH CAROLINA STATE GOVERMENT, AND UNITED STATES GOVERMENT AT FAULT FOR SUCH CRIMES BY PRESENT ON GOING THREAT TO HAVE SUCH CRIMES DONE TO THE PEOPLE (INCLUDING MY SELF) WITH SUCH SYSTEMS THEY BACK UP FUNDING TO CAUSING SUCH CRIMES TO HAPPEN. NO ARREST WITH OUT EVIDENCES SYSTEMS IS NEGLAGENT NOT TO HAVE IN OPERATION AT A NATIONAL LEVEL LET ALONE NOT AT A COUNTY LEVEL WHILE IN KNOWING BY LAW SUITS

THE PRESENT ARREST SYSTEMS CAN AND DO ALLOW SUCH CRIMES TO HAPPEN WHILE MAINTAING LIBERTIES OF LAW FOR THE AMERICAN PEOPLE THAT STATE IT IS ILLEGAL TO HAVE DONE. THAT IS THE ONE LISTED CLAIM AGAINST ALL DEFENDENTS LISTED: CHARLESTON COUNTY GOUVERMENT OF SOUTH CAROLINA STATE, SOUTH CAROLINA GOUVERMENT, AND UNITED STATES GOUVERMENT. THIS HAS ALSO HAPPEN TO OF HAPPENED TO ME (A ILLEGAL ARREST BY HEARSAY SOURCE OF CHARGES, CHARGED.) PERSONALLY.

I PLAINTIFF PATRICK HENNESSEY MICHAELS HEAR BY GIVE RELIEF OF INQUEST HEAR INLISTED AS THE FOLLOWING:

WITH SUM OF PAID IN FULL OF 11,120,000.30 $ BY ALL THREE DEFENDANTS TOGEATHER. FOR REASON STATE GOUVERMENT AND NATIONAL GOUVERMENT AT FAULT THERE IS TO BE NO TAX ON RELIEF AS PART OF RELIEF, WITH PROOF OF WAIVER OF SUCH REASON OF NO TAXES (INLISTED UNDER WINNINGS NO taxes taxes SYSTEM) RELIEF.

NATIONAL PROGRAM FOR THOSE ARRESTED ILLEGALY AS PROOF OF INNOCENCE TO PAST WRONGFULL CHARGES CHARGED OF ILLEGAL ARREST LISTED ONLIWE INDEFINIGHTLY AS WELL AS BY REQUEST IF IN WANTING A CERTIFICATE OF PROOF OF INNOCENCE TO PAST WRONGFULL ILLEGAL ARREST CHARGES CHARGED OF FREE SERVICES TO PREVENT MASS-PUBLIC PSYCHOSIS PROGRAMING OF ILLEGAL ARREST THAT CAN AND DOES RESULT TO

DEFIMATION OF CHARECTER. ALSO A SYSTEM OF
LAWS AND REGULATIONS WHERE LAW ENFORCEMET
ARE NOT ALLOWED ARREST WITH OUT EVIDRNCE,
NO ARREST TO DETAIN WITH OUT EVIDENCE THAT
IS THE LAW OF ARREST TO ABIDE BY, NO EVIDENCE LOGGED
FOR CHARGE, NO ARREST. I PATRICK HENNESSEY MICHAELS HEAR
BY ADD BODY OF CASE NO. 2:22-CV-00773-DCN-MGB
LAST WHOLE PAGE OF BODY OF "CORRECTIONS TO
ELECTRONIC FILING", AS PART OF RELIEF BODYMENT
ALSO AS PART OF RELIEFE AND PERTAINING TO
ILLEGAL ARREST, LAST 4 PAGES OF CASE NO.
2:22-CV-00773-DCN-MGB RELIEF BODY STARTING
AT "If in question why,..." 8 LINES ABOVE LAST LIVE
TO LAST PAGE OF 1 OF 7 PAGES PREVIOUSIY STATED,
THAT WHEN PROVEN TRUE OF JAIL (DETENTION
CENTER) CRIME REPORTING BLOCKING DID
HAPPEN, AND ILLEGAL ARRESTS DETAINING AS WELL,
RESULTING TO JAIL (DETENTION CENTER) SHUT DOWN
TO BE MADE NEWS ALERTED WITH PLAINTIFF
LISTED AS INFORMENT OF SUCH CRIME
REPORTING. PLAINTIFF BEING PATRICK HENNESSEY
MICHAELS. WITH INFORMED INFORMATION OF
PLAINTIFF WAS IN ILLEGAL DETAINING AT
SAME JAIL (DETENTION CENTER) WHILE
MAKING SUCH CRIME REPORTING, WITH
AMOUNT OF TIME IN JAIL (EXACT TIME IS
OFF ON ARREST REPORT, ACTUAL ARRIVAL AT
DETENTION CENTER IS AROUND 1:20 P.M, AT NOTE
TO BE NOTED OF EXACT TIME OF ILLEGAL ARREST ON 7-25-19,

A EXAMPLE OF THE NEW SYSTEM OF NO ARREST UNLESS HAVE PROVEN EVIDENCE MINT DOCUMENTED FOR ARREST, IS A 911 CALL. FROM A HOME SOUNDS VIOLENT, DISPATCH REACHES HOME BUT NO DIRECT EVIDENCE TO A CHARGE TO BE CHARGED, IF PROPERTY OWNER OF DWELLING THAT MADE CALL WANTS A PERSON OFF THEIR PROPERTY THEN PREVIOUS MENTIONED DISPATCH CAN NOT ARREST BUT ONLY ESCOURT SAID PERSON PROPERTY OWNER OFF PROPERTY. IF PERSON DENIES BEING ESCOURTED OFF PROPERTY THAT PROPERTY OWNER WANTS OFF PROPERTY OWNERS PROPERTY THAT LITERALY HAS NO PAID BUISNESS TO BE ON SAID PROPERTY THEN DISPATCHED CALLED USUALY GIVE WARNING OF WHAT LAWS MAY HAVE ON WAY OF BEING BROKEN AND CRIME HAPPENING OF CRIME OF TRESSPASSING WITH KNOWING OF SUCH UNWATED PASSING ON PRIVATE PROPERTY DWELLING IS THEN USUALY STATED AS PROOF AND EVIDENCE ON POLICE NOW PRESENT BODY CAMERA TECHNOLOGIES NOT JUST A WARNING, IF A PERSON IS PERSISTANT AT NOT LEAVING PROPERTY AFTER EVIDENT WITH EVIDENCE OF THEN DISPATCH NOW HAVE LEGAL RIGHT TO CHARGE WITH CHARGES CHARGED OF TRESSPASSING ARREST IS NOW LEGAL ABLE. BEST TO HAVE THREE JOB TITTLES AS CHECKING OF ON CALL OF DISPATCH BODY CAMERAS AS SOON AS 911 CALL IS TAKEN, OF ANY AND ALL VIDEO EVIDENCE (DIRECT VISUALY SCENE EVIDENCE OF ACTS DONE EVIDENCE ON RECORDING CAN BE USED AS RIGHT TO ARREST.) THEY AGREE TO ARREST WITH RECORDING MINT MINTED EVIDENCE.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐   Yes

☑   No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

_____

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑   Yes

☐   No

☐   Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐   Yes

☑   No

☐   Do not know

If yes, which claim(s)?

_____

_____

_____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐   Yes

☑   No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☑    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

_____

_____

_____

_____

2.    What did you claim in your grievance?

_____

_____

_____

_____

3.    What was the result, if any?

_____

_____

_____

_____

4.    What steps, if any, did you take to appeal that decision?   Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

_____

_____

_____

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

       IT WOULD NOT HELP

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

       N/A

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

       N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes
☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑  Yes

☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.  Parties to the previous lawsuit

        Plaintiff(s)   _____

        Defendant(s)  _____

    2.  Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.  Docket or index number

        _____

    4.  Name of Judge assigned to your case

        _____

    5.  Approximate date of filing lawsuit

        _____

    6.  Is the case still pending?

        ☐  Yes

        ☐  No

        If no, give the approximate date of disposition. _____

10

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.     Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐     Yes

☑     No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.     Parties to the previous lawsuit

Plaintiff(s)     _____

Defendant(s)   _____

2.     Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.     Docket or index number

_____

4.     Name of Judge assigned to your case

_____

5.     Approximate date of filing lawsuit

_____

6.     Is the case still pending?

☐     Yes

☐     No

11

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-11- , 2022

Signature of Plaintiff     *Patrick Hennessey Michaels*
Printed Name of Plaintiff   Patrick Hennessee Michaels
Prison Identification # 1594631
Prison Address   AL CANNON DETENTION CENTER
                 3841 LEEDS AVE.
                 City NORTH CHARLESTON State SOUTH CAROLINA Zip Code 29405

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____

Address                    _____

Telephone Number           _____

E-mail Address             _____